UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NATHON JAMES ZINK,

       Defendant.

_____/    **INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Mailing a Threatening Communication)

On or about August 20, 2020, in Van Buren County, in the Southern Division of the Western District of Michigan, and elsewhere,

**NATHON JAMES ZINK**

knowingly and willfully caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to another person and containing a threat to injure the person of the addressee and another, for the purpose of making a threat and knowing that the communication would be viewed as a threat.  Specifically, the communication was addressed to K.B. at a known address in Paw Paw, Michigan.

18 U.S.C. § 876(c)

## COUNT 2
(Mailing a Threatening Communication to a Federal Employee)

On or about September 3, 2020, in Kalamazoo County, in the Southern Division of the Western District of Michigan, and elsewhere,

### NATHON JAMES ZINK

knowingly and willfully caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to another person and containing a threat to injure the person of the addressee and another, for the purpose of making a threat and knowing that the communication would be viewed as a threat.  Specifically, the communication was addressed to the United States District Court at 107 Federal Building, 410 W. Michigan Ave. in Kalamazoo, Michigan.

18 U.S.C. § 876(c)

## COUNT 3
### (False Information and Hoaxes)

On or about September 3, 2020, in Kalamazoo County, in the Southern Division of the Western District of Michigan, and elsewhere,

### NATHON JAMES ZINK

engaged in conduct with the intent to intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of Chapters 10 and 113B of Title 18, United States Code.  Specifically, ZINK sent in the United States Mail a handwritten letter addressed to the U.S. District Court in Kalamazoo, Michigan and falsely stated that the letter contained the "chemical agent . . . anthrax" and that by the time the letter was read "it will be to late for you have already came into contact with the chemical powder."

18 U.S.C. § 1038(a)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
LAUREN F. BIKSACKY
Assistant United States Attorney