UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NATHON JAMES ZINK,

        Defendant.
        _____/

No. 1:22-cr-22

INDICTMENT
**PENALTY SHEET**

**COUNT 1 – Mailing a Threatening Communication, 18 U.S.C. § 876(c)**

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C § 876(c); 18 U.S.C. § 3559(a), 18 U.S.C. § 3571(b)(3)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)(2)] (Class D Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution:** May be ordered [18 U.S.C. § 3663]

**COUNT 2 – Mailing a Threatening Communication to a Federal Employee, 18 U.S.C. § 876(c)**

**Maximum penalty:** Not more than 10 years' imprisonment and/or $250,000 fine [18 U.S.C § 876(c); 18 U.S.C. § 3559(a), 18 U.S.C. § 3571(b)(3)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)(2)] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution:** May be ordered [18 U.S.C. § 3663]

**COUNT 3 – False Information and Hoaxes, 18 U.S.C. § 1038**

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C § 1038(a)(1)(a); 18 U.S.C. § 3559(a), 18 U.S.C. § 3571(b)(3)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)(2)] (Class D Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]
**Restitution:** May be ordered [18 U.S.C. § 3663]; mandatory reimbursement for any state or local government that provides fire or rescue service [18 U.S.C. § 1038(c)(1)]

Date:  February 15, 2022                               /s/ *Lauren F. Biksacky*
                                                                          Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046