UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

               Plaintiff,

v.

Nathon James Zink

               Defendant.

Case No. 1:22-cr-22

Hon. Hala Y. Jarbou

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant Nathon James Zink, through his/her attorney, submits the following initial pretrial conference summary statement.

I.    DISCOVERY

    ☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

    The defendant   ☒ will   ☐ will not provide reciprocal discovery.

II.   TRIAL

    The defendant requests a  ☒ jury  ☐ non-jury trial.

III.  MISCELLANEOUS

    The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

    ☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

    ☐ Counsel for defendant is aware of the following potential conflicts:

IV.  OBLIGATIONS

    ☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date: February 22, 2022           /s/ Joanna C. Kloet
                                          Counsel for Defendant

(Rev. 03/01/2019)