UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NATHON JAMES ZINK,

      Defendant.
_____/

Case No. 1:22-cr-022

Hon. Hala Y. Jarbou
United States District Judge

**DEFENDANT'S MOTION FOR DOWNWARD VARIANCE**

NOW COMES the defendant, Nathon James Zink, by his attorney, Joanna C. Kloet of the Office of Federal Public Defender, and hereby moves this Honorable Court to vary downward from the applicable advisory guideline range in this matter. Under the 18 U.S.C. § 3553(a) factors and the standard for the imposition of a sentence sufficient, but not greater than necessary, a downward variance would be appropriate in this case. The basis for this requested variance is further set forth and supported in the Presentence Report and in Defendant's Sentencing Memorandum filed on this day as well.

      Respectfully submitted,

      SHARON A. TUREK
      Federal Public Defender

Dated: June 14, 2022      /s/ Joanna C. Kloet
      JOANNA C. KLOET
      Assistant Federal Defender
      50 Louis, NW, Suite 300
      Grand Rapids, Michigan 49503
      (616) 742-7420